IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01709-LTB-KMT

UNITED STATES OF AMERICA,

Plaintiff,

v.

2010 DODGE RAM 3500 DUALLY, VIN 3D73Y4CLXAG141180, and
$2,949.00 IN UNITED STATES CURRENCY,

Defendants.

---

FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Lions Auto, Inc., through attorney Marie B. Bernal, Esq. have reached a settlement in this case as to defendant 2010 Dodge Ram 3500 Dually, VIN 3D73Y4CLXAG141 and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no claims as to defendant $2,949.00 in United States currency have been filed.

THAT forfeiture of

a. 2010 Dodge Ram 3500 DUALLY, VIN 3D73Y4CLXAG141180, and

b. $2,949.00 in United States Currency

shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of

a. 2010 Dodge Ram 3500 DUALLY, VIN 3D73Y4CLXAG141180, and

b. $2,949.00 in United States Currency

shall enter in favor of the United States; the United States shall have full and legal title to the defendant assets, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these defendant assets pursuant to 28 U.S.C. § 2465.

SO ORDERED this   7th   day of   November  , 2014.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
U.S. District Court Senior Judge